| | |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| SEAN MACKINNON,<br><br>          Plaintiff,<br><br>    v.<br><br>C GRAY, *et al.*,<br><br>          Defendants. | 1:18-cv-00964-DAD-JDP<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding with counsel in a civil rights action brought under 42 U.S.C. § 1983. On July 16, 2018, plaintiff filed an application to proceed *in forma pauperis*. (Doc. No. 2.) The application he filed is most often used for people who are not incarcerated or are civil detainees. Instead of this application, plaintiff must file the application for prisoner civil rights and habeas cases. It contains a section that authorizes the clerk of court to withdraw money from prison trust accounts.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

1

IT IS SO ORDERED.

Dated: August 29, 2018

_____
UNITED STATES MAGISTRATE JUDGE