UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MACKINNON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. GRAY, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00964-DAD-JDP<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF ALTERNATIVE DISPUTE RESOLUTION AND VACATING SETTLEMENT CONFERENCE<br><br>ECF Nos. 18 and 19 |

　　　　Plaintiff Sean MacKinnon is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On August 26, 2019, I referred this case for alternative dispute resolution. ECF No. 18. On September 13, defendants requested to opt out of this process. ECF No. 19.

　　　　Defendants' request is granted. The order staying the case and setting a settlement conference, ECF No. 18, is vacated, and defendants will not be expected to participate in alternative dispute resolution at this time. I will issue a new scheduling order in due course.

IT IS SO ORDERED.

Dated: September 18, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.