| | |
|---|---|
| SEAN MACKINNON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. GRAY, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00964-DAD-JDP<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO CLARIFY SCHEDULING ORDER AND VACATING SCHEDULING ORDER<br><br>ECF Nos. 21 and 22<br><br>ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Sean MacKinnon is a state prisoner proceeding with counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff has requested clarification concerning the court's scheduling order. *See* ECF No. 22. Because plaintiff is represented by counsel, the court's typical scheduling order, ECF No. 21, is inappropriate for this case and is therefore vacated.

I set a telephonic scheduling conference for October 30, 2019, at 9:30 a.m. Pacific Time in the Yosemite Valley District Courthouse. Parties may appear telephonically. To appear telephonically, each party is to use the following dial-in number and passcode: dial-in number 888-204-5984; passcode 4446176. Prior to the hearing, the parties should consider the attached generic scheduling order, which will serve as a template for scheduling in this case.

IT IS SO ORDERED.

Dated: October 9, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.