UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MACKINNON,<br><br>                Plaintiff,<br><br>     v.<br><br>C. GRAY, *et al.*,<br><br>                Defendants. | Case No. 1:18-cv-00964-DAD-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR A PROTECTIVE ORDER<br><br>ECF No. 28 |

      Plaintiff Sean MacKinnon is a state prisoner proceeding with counsel in this civil rights action brought under 42 U.S.C. § 1983. The parties have stipulated to certain conditions for the release of confidential documents—including documents held by non-parties—and have requested a court order formalizing those conditions. ECF No. 28. I hereby grant the parties' request and adopt the stipulated protective order.

IT IS SO ORDERED.

Dated:   November 21, 2019                           /s/ Jeremy Peterson
                                                          UNITED STATES MAGISTRATE JUDGE

No. 205.