UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MACKINNON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. GRAY, *et al*.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00964-DAD-JDP<br><br>ORDER GRANTING THE UNOPPOSED MOTION FOR A STAY AND GRANTING THE PARTIES' STIPULATED BRIEFING SCHEDULE<br><br>ECF Nos. 38, 40 |

　　　Defendants' unopposed motion to stay discovery and vacate deadlines, ECF No. 38, is granted. The court will lift the stay on discovery and issue a new scheduling order in the event that defendants' motion for summary judgment is denied. The parties' stipulated briefing schedule for summary judgment, ECF No. 40, is granted.

IT IS SO ORDERED.

Dated: May 4, 2020 　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.