1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SEAN MACKINNON,                          No.  1:18-cv-00964-DAD-HBK (PC)

12              Plaintiff,

13        v.                                  ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND GRANTING
14   C. GRAY, et al.,,                        DEFENDANTS' MOTION FOR SUMMARY
                                              JUDGMENT
15              Defendants.
                                              (Doc. Nos. 36, 50)
16

17        Plaintiff Sean MacKinnon is a state prisoner, proceeding with counsel, in this civil rights

18   action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On January 21, 2022, the assigned magistrate judge issued findings and recommendations

21   recommending that defendant's motion for summary judgment (Doc. No. 36) be granted and that

22   this case be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(A), because plaintiff

23   intentionally misrepresented his finances in his application to proceed *in forma pauperis* and

24   "[t]he undisputed facts establish that Plaintiff made the inaccurate allegation of poverty in bad

25   faith."  (Doc. No. 50 at 12.)  The magistrate judge concluded that "[d]ismissal with prejudice is

26   warranted" because "[p]laintiff has engaged in bad faith misrepresentations and continued

27   manipulation of his inmate trust account to thwart this Court's receipt of the filing fee and

28   exercise a privilege to which he was not statutorily entitled."  (*Id.* at 14.)  The pending findings

                                        1

1    and recommendations were served on the parties and contained notice that any objections thereto

2    were to be filed within fourteen (14) days after service.  (*Id.* at 15.)  On January 24, 2022,

3    plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 51.)

4    Defendants did not file objections to the pending findings and recommendations or a response to

5    plaintiff's objections.

6         In his objections, plaintiff objects only to the suggestion made in the findings and

7    recommendations that "[e]ven if dismissal was not compelled or permitted by 28 U.S.C.

8    § 1915(e)(2)(A), the undersigned would likely recommend that the Court rely on Rule 11 or its

9    inherent authority to sanction Plaintiff and/or Plaintiff's counsel."  (Doc. No. 51 at 2) (quoting

10   Doc. No. 50 at 15).  Plaintiff states that "[p]laintiff's counsel reads the ruling as concluding that

11   plaintiff's counsel perpetrated a fraud on the Court," and "[n]othing could be further from the

12   truth."  (Doc. No. 51 at 2.)  Plaintiff's counsel submits a declaration along with the plaintiff's

13   objections to rebut the suggestion that imposing Rule 11 sanctions on plaintiff's counsel may be

14   appropriate here.  (*Id.* at 2–4.)  However, the pending findings and recommendations do not

15   recommend any imposition of sanctions upon counsel nor has the undersigned interpreted them as

16   such.  Rather, the findings and recommendations recommend only that defendants' motion for

17   summary judgment be granted and that this case be dismissed with prejudice.  (Doc. No. 50 at

18   15.)  For that reason, the undersigned finds that plaintiff's objections do not meaningfully address

19   the pending findings and recommendations.

20        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

21   court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,

22   including plaintiff's objections, the court finds the findings and recommendations to be supported

23   by the record and proper analysis.

24        Accordingly,

25        1.    The findings and recommendations issued on January 21, 2022 (Doc. No. 50) are

26              adopted in full;

27        2.    Defendants' motion for summary judgment (Doc. No. 36) is granted;

28   /////

1        3.      This action is dismissed, with prejudice; and

2        4.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 5, 2022**

_____
UNITED STATES DISTRICT JUDGE

3